UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY

| | |
|---|---|
| DAN WILKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 09-cv-2346 CM/JPO |
| | ) |
| ALLIANCE ONE, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF SETTLEMENT
(Unlawful Debt Collection Practices)

NOW COMES the Plaintiff, DAN WILKINSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                Respectfully Submitted,

DATED:  October 29, 2009     KROHN & MOSS, LTD.

           By:___/s/ Patrick Cuezze _____
             Patrick Cuezze
             KROHN & MOSS, LTD.
             Attorney for Plaintiff
             10474 Santa Monica Blvd, Suite 401
             Los Angeles, CA 90025
             (816) 931-0911 (direct)
             pcuezze@consumerlawcenter.com